JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

GARTH HIRE (CABN 187330)
Assistant United States Attorney

   1301 Clay Street, Suite 340-S
   Oakland, California 94612
   Telephone: (510) 637-3929
   Facsimile: (510) 637-3724
   E-Mail:    Garth.Hire@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> JAVIER MARTINEZ, ) <br> ) <br> Defendant. ) <br> ) <br> ) <br> _____ ) | Nos.  CR 99-40261 CW <br>        CR 09-01190 CW <br><br> STIPULATED REQUEST TO CONTINUE HEARING DATE TO MAY 5, 2010 AND TO EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT |

     The above-captioned matter is currently set on March 18, 2010, before this Court for status or trial setting. The parties request that the Court continue the hearing to May 5, 2010, at 10:00 a.m. before the Honorable Laurel Beeler, United States District Judge, and that the Court exclude time under the Speedy Trial Act between March 18, 2010, and May 5, 2010.

     Defendant's counsel requires additional time to review discovery and to investigate this matter, and to effectively prepare for trial taking into account the exercise of due diligence. Additionally, defense counsel is collecting mitigating evidence to present to the government. The extension is not sought for delay. The parties agree the ends of justice served by granting the continuance outweigh the best interests of the public and the defendant in a speedy trial. The

1  parties anticipate that both the supervised release revocation and the new trial matter will either
2  be resolved at the May 5 hearing or will be set for trial or disposition hearing at that time.
3  Therefore, the parties further stipulate and request that the Court exclude time between the date
4  of this stipulation and Mary 5, 2010, under the Speedy Trial Act for effective preparation of
5  counsel, continuity of defense counsel, and pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv).

7  DATED: March 17, 2010

10  _____/s/_____     _____/s/_____
    GARTH HIRE                                    HARRIS TABACK
    Assistant United States Attorney              Counsel for Javier Martinez
11  Counsel for United States

STIP. REQ. TO CONTINUE HEARING TO MAY 5, 2010 AND TO EXCLUDE TIME
Nos. CR 99-40261CW, CR 09-01190 CW

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Nos.   CR 99-40261 CW |
| | ) | CR 09-01190 CW |
| Plaintiff, | ) | |
| | ) | [~~PROPOSED~~] ORDER GRANTING |
| v. | ) | STIPULATED REQUEST TO CONTINUE |
| | ) | HEARING DATE TO MAY 5, 2010 AND |
| JAVIER MARTINEZ, | ) | TO EXCLUDE TIME UNDER THE |
| | ) | SPEEDY TRIAL ACT |
| Defendant. | ) | |
| | ) | |
| | ) | |

The parties jointly requested that the hearing in this matter be moved from March 18, 2010, to May 5, 2010, and that time be excluded under the Speedy Trial Act between those dates. Defendant's counsel requires additional time to review the discovery, to investigate this matter, and to effectively prepare for trial or disposition taking into account the exercise of due diligence. Additionally, defense counsel is collecting mitigating evidence to present to the government. The extension is not sought for delay. The parties agree the ends of justice served by granting the continuance outweigh the best interests of the public and the defendant in a speedy trial. For these stated reasons, the Court finds that the ends of justice served by granting the continuance outweigh the best interests of the public and the defendant in a speedy trial. Good cause appearing therefor, and pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv),

1   **IT IS HEREBY ORDERED** that the status/trial setting hearing in this matter is moved
2   from March 18, 2010, to May 5, 2010, at 10:00 a.m. before the Honorable Laurel Beeler, United
3   States District Judge, and that the time between March 18, 2010, and May 5, 2010, is excluded
4   under the Speedy Trial Act to allow for the effective preparation of counsel, taking into account
5   the exercise of due diligence, and continuity of defense counsel.

7   DATED: March 24, 2010                         _____
                                                  LAUREL BEELER
8                                                 United States Magistrate Judge

STIP. REQ. TO CONTINUE HEARING TO MAY 5, 2010 AND TO EXCLUDE TIME
Nos. CR 99-40261CW, CR 09-01190 CW