1   JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

2

3   BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

4   GARTH HIRE (CABN 187330)
Assistant United States Attorney

5

6     1301 Clay Street, Suite 340-S
Oakland, California 94612

7     Telephone: (510) 637-3929
Facsimile: (510) 637-3724

8     E-Mail:    Garth.Hire@usdoj.gov

9   Attorneys for Plaintiff

10               UNITED STATES DISTRICT COURT

11            NORTHERN DISTRICT OF CALIFORNIA

12                 OAKLAND DIVISION

13   UNITED STATES OF AMERICA,   )    Nos.    CR 99-40261 CW
                       )             CR 09-01190 CW

14         Plaintiff,          )
                       )

15   v.                      )    STIPULATED REQUEST TO CONTINUE
                       )    HEARING DATE TO JUNE 23, 2010 AND

16   JAVIER MARTINEZ,           )    TO EXCLUDE TIME UNDER THE
                       )    SPEEDY TRIAL ACT

17         Defendant.        )
                       )

18                        )
  _____)

19

20       The above-captioned matter is currently set on May 5, 2010, before this Court for status

21   or motion setting. The parties request that the Court continue the hearing to June 23, 2010, at

22   10:00 a.m. before the Honorable Donna M. Ryu, United States Magistrate Judge, and that the

23   Court exclude time under the Speedy Trial Act between May 5, 2010, and June 23, 2010.

24       Defendant's counsel requires additional time to review discovery and to investigate this

25   matter, and to effectively prepare for trial taking into account the exercise of due diligence.

26   Additionally, defense counsel is collecting mitigating evidence to present to the government.

27   The extension is not sought for delay. The parties agree the ends of justice served by granting

28   the continuance outweigh the best interests of the public and the defendant in a speedy trial. The

1  parties anticipate that both the supervised release revocation and the new trial matter will either

2  be resolved at the June 23 hearing or will be set for trial or disposition hearing at that time.

3  Therefore, the parties further stipulate and request that the Court exclude time between the date

4  of this stipulation and June 23, 2010, under the Speedy Trial Act for effective preparation of

5  counsel, continuity of defense counsel, and pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv).

6

7  DATED: May 3, 2010

8

9

10  _____/s/_____          _____/s/_____
    GARTH HIRE                          HARRIS TABACK
    Assistant United States Attorney    Counsel for Javier Martinez
11  Counsel for United States

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

2

3

4

5

6

7

8                       UNITED STATES DISTRICT COURT

9                     NORTHERN DISTRICT OF CALIFORNIA

10                           OAKLAND DIVISION

11   UNITED STATES OF AMERICA,        )    Nos.    CR 99-40261 CW
                                       )            CR 09-01190 CW
12            Plaintiff,               )
                                       )    ORDER GRANTING STIPULATED
13        v.                           )    REQUEST TO CONTINUE HEARING
                                       )    DATE TO JUNE 23, 2010 AND TO
14   JAVIER MARTINEZ,                  )    EXCLUDE TIME UNDER THE SPEEDY
                                       )    TRIAL ACT
15            Defendant.               )
                                       )
16                                     )
     _____)
17

18

19        The parties jointly requested that the hearing in this matter be moved from May 5, 2010,

20   to June 23, 2010, and that time be excluded under the Speedy Trial Act between those dates.

21   Defendant's counsel requires additional time to review the discovery, to investigate this matter,

22   and to effectively prepare for trial or disposition taking into account the exercise of due

23   diligence.  Additionally, defense counsel is collecting mitigating evidence to present to the

24   government.  The extension is not sought for delay.  The parties agree the ends of justice served

25   by granting the continuance outweigh the best interests of the public and the defendant in a

26   speedy trial.  For these stated reasons, the Court finds that the ends of justice served by granting

27   the continuance outweigh the best interests of the public and the defendant in a speedy trial.

28   Good cause appearing therefor, and pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv),

STIP. REQ. TO CONTINUE HEARING TO JUNE 23, 2010 AND TO EXCLUDE TIME
Nos. CR 99-40261CW, CR 09-01190 CW

**IT IS HEREBY ORDERED** that the status/trial setting hearing in this matter is moved from May 5, 2010, to June 23, 2010, at 10:00 a.m. before the Honorable Donna M. Ryu, United States Magistrate Judge, and that the time between May 5, 2010, and June 23, 2010,  is excluded under the Speedy Trial Act to allow for the effective preparation of counsel, taking into account the exercise of due diligence, and continuity of defense counsel.

DATED:   5/4/2010

GRANTED

*Donna*

Judge Donna M. Ryu

_____

HONORABLE  DONNA M. RYU
UNITED STATES MAGISTRATE JUDGE