JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

GARTH HIRE (CABN 187330)
Assistant United States Attorney

   1301 Clay Street, Suite 340-S
   Oakland, California 94612
   Telephone:  (510) 637-3929
   Facsimile:   (510) 637-3724
   E-Mail:     Garth.Hire@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| UNITED STATES OF AMERICA, | ) | Nos. CR 99-40261 CW |
| :--- | :---: | :--- |
|     Plaintiff, | ) | CR 09-01190 CW |
| | ) | |
| v. | ) | STIPULATED REQUEST TO CONTINUE HEARING DATE TO JULY 13, 2010 AND TO EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT |
| JAVIER MARTINEZ, | ) | |
|     Defendant. | ) | |

     The above-captioned matter is currently set on June 23, 2010, before this Court for status or motion setting. The parties request that the Court continue the hearing to July 13, 2010, at 10:00 a.m. before the Honorable Laurel Beeler, United States Magistrate Judge, and that the Court exclude time under the Speedy Trial Act between June 23, 2010, and July 13, 2010.

     Defendant's counsel requires additional time to review discovery and to investigate this matter, and to effectively prepare for trial taking into account the exercise of due diligence. Additionally, defense counsel is collecting mitigating evidence to present to the government. The extension is not sought for delay. The parties agree the ends of justice served by granting the continuance outweigh the best interests of the public and the defendant in a speedy trial. The

STIP. REQ. TO CONTINUE HEARING TO JULY 13, 2010 AND TO EXCLUDE TIME
Nos. CR 99-40261CW, CR 09-01190 CW

parties anticipate that both the supervised release revocation and the new trial matter will either be resolved at the July 13 hearing or will be set for trial or disposition hearing at that time. Therefore, the parties further stipulate and request that the Court exclude time between June 23, 2010, and July 13, 2010, under the Speedy Trial Act for effective preparation of counsel, continuity of defense counsel, and pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv).

DATED: June 21, 2010

| /s/ | /s/ |
|---|---|
| GARTH HIRE | HARRIS TABACK |
| Assistant United States Attorney | Counsel for Javier Martinez |
| Counsel for United States | |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Nos.   CR 99-40261 CW |
| | ) | CR 09-01190 CW |
| Plaintiff, | ) | |
| | ) | [~~PROPOSED~~] ORDER GRANTING |
| v. | ) | STIPULATED REQUEST TO CONTINUE |
| | ) | HEARING DATE TO JULY 13, 2010 AND |
| JAVIER MARTINEZ, | ) | TO EXCLUDE TIME UNDER THE |
| | ) | SPEEDY TRIAL ACT |
| Defendant. | ) | |
| | ) | |
| | ) | |
| | ) | |

The parties jointly requested that the hearing in this matter be moved from June 23, 2010, to July 13, 2010, and that time be excluded under the Speedy Trial Act between those dates. Defendant's counsel requires additional time to review the discovery, to investigate this matter, and to effectively prepare for trial or disposition taking into account the exercise of due diligence. Additionally, defense counsel is collecting mitigating evidence to present to the government. The extension is not sought for delay. The parties agree the ends of justice served by granting the continuance outweigh the best interests of the public and the defendant in a speedy trial. For these stated reasons, the Court finds that the ends of justice served by granting the continuance outweigh the best interests of the public and the defendant in a speedy trial. Good cause appearing therefor, and pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv),

1  **IT IS HEREBY ORDERED** that the status/trial setting hearing in this matter is moved
2  from June 23, 2010, to July 13, 2010, at 10:00 a.m. before the Honorable Laurel Beeler, United
3  States Magistrate Judge, and that the time between June 23, 2010, and July 13, 2010, is excluded
4  under the Speedy Trial Act to allow for the effective preparation of counsel, taking into account
5  the exercise of due diligence, and continuity of defense counsel.

6

7  DATED: June 22, 2010                    _____
                                            HONORABLE  DONNA M. RYU
8                                           UNITED STATES MAGISTRATE JUDGE

9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28