IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CR 09-01190 CW |
|---|---|
| Plaintiff, | ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION REGARDING GUILTY PLEA |
| v. | |
| JAVIER MARTINEZ, | |
| Defendant. | |

The Court has reviewed Magistrate Judge Ryu's Report and Recommendation Regarding Guilty Plea and adopts the Recommendation in every respect. Accordingly,

Defendant Javier Martinez's plea of guilty is accepted by the Court as to Count (1) One of the Indictment charging Defendant Javier Martinez with possession with intent to distribute cocaine in violation of 21 U.S. C. §§ 841 (a)(1), (b)(1)(A)(ii). Sentencing is set for Wednesday, November 10, 2010 at 2:00 p.m. The Defendant is referred to the U.S. Probation Office for preparation of a Presentence Report.

Dated: 8/27/2010

CLAUDIA WILKEN
United States District Judge

cc: DMR, Sue